## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 238 MAL 2015
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
SCOTT DOUGLAS OLIVER, :
:
                Petitioner :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 10th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.